Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Buckingham Tower Condominium, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Buckingham Owners, Inc.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **13-3441386** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **615 Warburton Avenue, Apt. 2C** <br> **Yonkers, NY 10701** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **Buckingham Tower Condominium, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

| Debtor | **Buckingham Tower Condominium, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Buckingham Tower Condominium, Inc.**　　　　　　　Case number (*if known*)_____
　　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Buckingham Tower Condominium, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 30, 2022**
MM / DD / YYYY

X **/s/ Jose Guerrero**              **Jose Guerrero**
Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Anne Penachio**              Date **June 30, 2022**
Signature of attorney for debtor            MM / DD / YYYY

**Anne Penachio**
Printed name

**Penachio Malara, LLP**
Firm name

**245 Main Street, Suite 450**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone **914-946-2889**    Email address **frank@pmlawllp.com**

**(ap-9721) NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Buckingham Tower Condominium, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 615 Warburton Holding 615 Warburton Avenue Yonkers, NY 10701 | | Advance (Paydown of Mortgage held by Titan) | Unliquidated | | | $121,000.00 |
| Geist Schwarz Jellinack One North Lexington White Plains, NY 10601 | | Legal Fee | Unliquidated | | | $495.00 |
| NY State Insurance Fund P.O. Box 5262 Binghamton, NY 13902 | | Former employee of Original Sponser | Unliquidated Disputed | | | $4,837.00 |
| TB Yonkers Holdings, LLC 81 Woodhollow Road Roslyn Heights, NY 11577 | | Apartments | Unliquidated Disputed | $375,000.00 | $0.00 | $375,000.00 |
| Titan Capital ID LLC 100 S. Point Drive Unit 1102 Miami Beach, FL 33139 | | 25 apartment units located at 615 Warburton Avenue, Yonkers, NY 10701 | Unliquidated | $2,282,657.00 | $2,000,000.00 | $282,657.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re  **Buckingham Tower Condominium, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **615 Warburton Group, LLC**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **762** | **Shareholder** |
| **615 Warburton Holding Corp**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **927** | **Common** |
| **Adel Morales**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **786** | **Shareholder** |
| **April Owen**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **597** | **Shareholder** |
| **Bradley Kate**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Shareholder** | **911** | **Shareholder** |
| **Dawn Maron**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **589** | **Shareholder** |
| **Dorothy Taylor Jones**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **923** | **Shareholder** |
| **Eloise President**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **1160** | **Shareholder** |
| **Evelyn Slusher**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **528** | **Shareholder** |
| **Faye Eulett**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **850** | **Shareholder** |
| **Federal National MA**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **774** | **Shareholder** |
| **Gabriella Bracaglia**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **903** | **Shareholder** |

In re: **Buckingham Tower Condominium, Inc.**　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gloria Fugate**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **769** | **Share holder** |
| **Greg Dusablon**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **789** | **Shareholder** |
| **Hubert Huie**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **915** | **Shareholder** |
| **Jacequeline Brown**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **600** | **Shareholder** |
| **James Jackson**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **790** | **Shareholder** |
| **Jason Phillips**<br>**615 Warburrton Avenue**<br>**Yonkers, NY 10701** | **Common** | **1082** | **Shareholder** |
| **Jean Wilkinson**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **919** | **Shareholder** |
| **Jessica Eichele**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **770** | **Shareholder** |
| **Jose Guerrero**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Commoon** | **919** | **Common** |
| **Katherin e Robertson**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **766** | **Shareholder** |
| **Lanny Lerner**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **798** | **Shareholder** |
| **Larry Watson**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | **588** | **Shareholder** |

List of equity security holders consists of 3 total page(s)

In re: **Buckingham Tower Condominium, Inc.**  Case No. _____
           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mari da Silva**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 782 | **Shareholder** |
| **Noreen Scott**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 584 | **Shareholder** |
| **Richarrd Brown**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 605 | **Shareholder** |
| **Rosalind Rogers**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 778 | **Shareholder** |
| **Vance Gransby**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 794 | **Shareholder** |
| **Vincent Ciccarello**<br>**615 Warburton Avenue**<br>**Yonkers, NY 10701** | **Common** | 846 | **Shareholder** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 30, 2022**     Signature **/s/ Jose Guerrero**
                                      **Jose Guerrero**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Buckingham Tower Condominium, Inc.**     Case No. _____

                          Debtor(s)      Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 30, 2022**        **/s/ Jose Guerrero**
                                   **Jose Guerrero**/**President**
                                   Signer/Title

615 WARBURTON HOLDING
615 WARBURTON AVENUE
YONKERS, NY 10701


CITY OF YONKERS
TAX RECEIVER
87 NEPPERHAN AVENUE
YONKERS, NY 10701


GEIST SCHWARZ JELLINACK
ONE NORTH LEXINGTON
WHITE PLAINS, NY 10601


NY STATE INSURANCE FUND
P.O. BOX 5262
BINGHAMTON, NY 13902


TB YONKERS HOLDINGS, LLC
81 WOODHOLLOW ROAD
ROSLYN HEIGHTS, NY 11577


TITAN CAPITAL ID LLC
100 S. POINT DRIVE
UNIT 1102
MIAMI BEACH, FL 33139

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **Buckingham Tower Condominium, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Buckingham Tower Condominium, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **June 30, 2022** | **/s/ Anne Penachio** |
| Date | **Anne Penachio** |
| | Signature of Attorney or Litigant |
| | Counsel for **Buckingham Tower Condominium, Inc.** |
| | **Penachio Malara, LLP** |
| | **245 Main Street, Suite 450** |
| | **White Plains, NY 10601** |
| | **914-946-2889** |
| | **frank@pmlawllp.com** |