# MEMORANDUM

To: Buckingham Tower Condominium, Inc. f/k/a Buckingham Owners Corp.
Ch. 11 Case No.: 22-22403-shl

NAME: _____

UNIT NO.: _____

OPTION CHOSEN (INITIAL ONE – YOU WILL BE BOUND BY YOUR SELECTION):

OPTION 1 ("Acquisition") : _____

OPTION 2 (Sale to Dwight City Group with Lease Option): _____

OPTION 3 (Sale to Dwight City Group Vacant): _____

I AM CURRENT WITH PAYMENTS OWED TO BUCKINGHAM _____

I AM NOT CURRENT WITH PAYMENTS OWED TO BUCKINGHAM _____
I OWE APPROXIMATELY $_____

I HAVE AN UNDERLYING MORTGAGE WITH: _____
CONTACT DETAILS ARE ATTACHED.

Dated: Yonkers, NY
        September __, 2022

                                            _____
                                            Shareholder Signature

PLEASE RETURN BY FIRST CLASS MAIL, FAX, OVERNIGHT MAIL OR EMAIL SO THAT IT IS RECEIVED NO LATER THAN SEPTEMBER 19, 2022 TO:

ANNE PENACHIO, ESQ.
PENACHIO MALARA LLP
245 Main Street, Suite 450
White Plains, NY 10601
Phone: (914) 946-2889
Fax: (914) 206-4884
Email: Anne@pmlawllp.com with a copy to Jennifer Raggo Jraggo@pmlawllp.com