| Apartment | Tenant | Est Size SF | Option | Proceeds |
|---|---|---|---|---|
| 7F | Jacqueline Brown | 804 | 2 | $140,700.00 |
| 7K | Lanny Lerner | 969 | 2 | $169,575.00 |
| 2E/F | Eloise President | 1,574 | 2 | $275,450.00 |
| 2H | Jason Phillips | 1,335 | 3 (deemed) | $253,650.00 |
| 3C | Dawn Maron | 725 | 3 (deemed) | $137,750.00 |
| 3E | Noreen Scott | 769 | 3 (deemed) | $146,110.00 |
| 3K | Mari da Silva | 969 | 2 | $169,575.00 |
| 4D | Katherine Robertson | 827 | 2 | $144,725.00 |
| 4E | Larry Watson | 769 | 3 (deemed) | $146,110.00 |
| 4J | Adel Morales | 970 | 2 | $169,750.00 |
| 4L | Hubert Huie | 1,132 | 3 | $215,080.00 |
| 6D | Federal National, M.A. | 827 | 3 (deemed) | $157,130.00 |
| 6H | Dorothy Taylor-Jones | 1,130 | 3 | $214,700.00 |
| 6J | Vance Granby | 970 | 3 | $184,300.00 |
| 6N | Evelyn Slusher | 645 | 2 | $112,875.00 |
| 7C | Richard Brown | 725 | 2 | $126,875.00 |
| 7D | Rosalind Rogers | 827 | 2 | $144,725.00 |
| 7L | 615 Warburton Holding | 1,132 | 2 | $198,100.00 |
| 1L | Gabriella Bracaglia | 1,132 | 2 | $198,100.00 |
| 3B | Vincent Ciccarello | 1,069 | 3 | $203,110.00 |
| 5H | Jean Wilkinson | 1,130 | 3 | $214,700.00 |
| 5K | James Jackson | 969 | 2 | $169,575.00 |
| 6G | Greg Dusablon | 838 | 2 | $146,650.00 |
| 5L | Jose Guerrero | 915 | 1 | $0[1] |
| Total: | | | | $4,039,295.00 |

CODE – OPTION 1 – BUY OUT BY SHAREHOLDER

---

[1] Credit from prior sale.

OPTION 2 – BUY OUT BY DWIGHT WITH LEASE
OPTION 3 – BUY OUT BY DWIGHT NO LEASE
Note : The term 'Deemed' denotes shareholders who did not respond and are deemed to have chosen option 3)