BUCKINGHAM TOWER CONDOMINIUM, INC.

Chapter 11 [Case No.: 22-22403-shl]

LIQUIDATION ANALYSIS

| ASSET | ESTIMATED VALUE | |
|---|---|---|
| Cash on Hand | $ 25,000.00 | |
| Receivables (Unpaid Common Charges) | $50,000.00 | |
| Apartments | $4,039,315.00 | |
| Total Estimated Value: | | $4,114,315.00 |
| Less: | | |
| Cost of Liquidation (5% Broker's commission) | ($205,715.75) | |
| Chapter 7 Trustee Commissions (Est. 5%) | ($205,715.75) | |
| Sub-Total: | | ($411,431.50) |
| | | |
| Total Estimated Liquidate Value: | | $3,702,883.50 |