Buckingham Tower Condominium, Inc.
Chapter 11- Case No.: 22-22403-shl
Bar Date: September 16, 2022

## CLAIMS ANALYSIS

| Claim No. | Claimant | Secured | Amount Priority | Unsecured |
|---|---|---|---|---|
| 1 | NYS Dept. of Taxation & Finance | | $1,694.93 | $4,168.21 |
| 2 | Internal Revenue Service | | $16,252.11 | $5,329.54 |
| 3 | NYS Dept. of Labor | | | $12.65 |
| 4 | Buckingham Tower Condominium | | | $148,795.97 |
| 5 | 615 Warburton Holding Group | | | $121,000.00 |
| **TOTAL CLAIMS** | | | **$17,947.04** | **$279,306.37** |

## ESTIMATED UNFILED SECURED CLAIMS

| | | |
|---|---|---|
| Titan | | $2,300,000.00 |
| City of Yonkers | | $265,000.00 |
| Total Estimated Secured Claims | | **$2,565,000.00**[1] |

## ESTIMATED ADMINISTRATIVE CLAIMS

| | | |
|---|---|---|
| Amounts due to taxing authorities | - | $20,000.00 |
| Professional Fees (Attorneys, Sub-Chapter V Trustee, Accountant, management Company etc) | | $130,000.00 |
| Total Estimated Administration fees | | **$150,000.00** |

---

[1] Although the Debtor indicated that there may be a junior mortgage or holder of a secured claim, no such claim was filed and no such claim appeared on a title search. The purported holder of a claim was provided with notice and did not file a proof of claim.

# Southern District of New York
# Claims Register

### [22-22403-shl Buckingham Tower Condominium, Inc.](#)

**Judge:** Sean H. Lane  **Chapter:** 11
**Office:** White Plains  **Last Date to file claims:** 09/16/2022
**Trustee:** Heidi J Sorvino-Trustee  **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (7955685)<br>New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | **Claim No: 1**<br>*Original Filed Date*: 07/06/2022<br>*Original Entered Date*: 07/06/2022<br>*Last Amendment Filed*: 07/11/2022<br>*Last Amendment Entered*: 07/11/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David M Pugliese<br>*Modified:* |

Amount claimed: $5863.14
Priority claimed: $1694.93

*History:*

Details  1-2  07/11/2022  Amended Claim #1 filed by New York State Department of Taxation & Finance, Amount claimed: $5863.14 (Pugliese, David)

Details  1-1  07/06/2022  Claim #1 filed by New York State Department of Taxation & Finance, Amount claimed: $4863.14 (Pugliese, David)

*Description:* (1-2) 1st amended pre petition proof of claim
(1-1) pre petition proof of claim
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7957773)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 2**<br>*Original Filed Date*: 07/19/2022<br>*Original Entered Date*: 07/19/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Maria Valerio<br>*Modified:* |

Amount claimed: $21581.65
Secured claimed:     $0.00
Priority claimed: $16252.11

*History:*

Details  2-1  07/19/2022  Claim #2 filed by Internal Revenue Service, Amount claimed: $21581.65 (Valerio, Maria)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7960155)<br>NEW YORK STATE DEPARTMENT OF LABOR<br>STATE CAMPUS BLDG 12 RM 256<br>ALBANY, NY 12240 | **Claim No: 3**<br>*Original Filed Date*: 07/27/2022<br>*Original Entered Date*: 07/27/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* |

*History:*

Details  3-1  07/27/2022  Claim #3 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $12.65 (Admin.)

*Description:*
*Remarks:* (3-1) Account Number (last 4 digits):1166

Amount claimed: $12.65
Priority claimed: $12.65

*History:*

| Details | 3-1 | 07/27/2022 | Claim #3 filed by NEW YORK STATE DEPARTMENT OF LABOR, Amount claimed: $12.65 (Admin.) |

*Description:*
Remarks: (3-1) Account Number (last 4 digits):1166

| | | |
|---|---|---|
| *Creditor:* (7967343)<br>Buckingham Tower Condominium<br>c/o David Eisenstein Real Estate<br>244 West 54th Street, 7th Floor<br>New York, NY 10019 | **Claim No: 4**<br>*Original Filed Date*: 09/01/2022<br>*Original Entered Date*: 09/01/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Howard Levine<br>*Modified:* |

Amount claimed: $148795.97

*History:*

| Details | 4-1 | 09/01/2022 | Claim #4 filed by Buckingham Tower Condominium, Amount claimed: $148795.97 (Levine, Howard) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7955138)<br>615 WARBURTON HOLDING<br>615 WARBURTON AVENUE<br>YONKERS, NY 10701 | **Claim No: 5**<br>*Original Filed Date*: 09/07/2022<br>*Original Entered Date*: 09/07/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Anne J. Penachio<br>*Modified:* |

Amount claimed: $121000.00
Secured claimed: $121000.00

*History:*

| Details | 5-1 | 09/07/2022 | Claim #5 filed by 615 WARBURTON HOLDING, Amount claimed: $121000.00 (Penachio, Anne) |

*Description:* (5-1) Paydown to Titan Capital's loan
*Remarks:*

# Claims Register Summary

**Case Name:** Buckingham Tower Condominium, Inc.
**Case Number:** 22-22403-shl
**Chapter:** 11
**Date Filed:** 06/30/2022
**Total Number Of Claims:** 5

| Total Amount Claimed* | $297253.41 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|

| Secured | $121000.00 | |
|---|---|---|
| Priority | $17959.69 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2022 14:27:06 | | | |
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 22-22403-shl Filed or Entered From: 9/1/2010 Filed or Entered To: 9/27/2022 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |