| Tax Year | Parcel | Base Due | Interest Due | Total Due |
|---|---|---|---|---|
| 2023CI | 2.-2500-43 | 1.40 | 0.01 | 1.41 |
| 2022CI | 2.-2500-43 | 1.40 | 0.24 | 1.64 |
| 2021CI | 2.-2500-43 | 53,740.42 | 17,447.23 | 71,187.65 |
| 2020CI | 2.-2500-43 | 31,271.59 | 14,856.15 | 46,127.74 |
| 2019CO | 2.-2500-43.61 | 30,624.03 | 16,121.66 | 46,745.69 |
| 2023CI | 2.-2500-203 | 1.40 | 0.01 | 1.41 |
| 2022CI | 2.-2500-203 | 1.40 | 0.24 | 1.64 |
| 2021CI | 2.-2500-203 | 1.40 | 0.46 | 1.86 |
| 2020CI | 2.-2500-203 | 1.40 | 0.67 | 2.07 |
| 2023CI | 2.-2500-206 | 2,219.46 | 18.24 | 2,237.70 |
| 2023CI | 2.-2500-213 | 2,859.86 | 23.51 | 2,883.37 |
| 2022CO | 2.-2500-213 | 588.31 | 42.31 | 630.62 |
| 2022CI | 2.-2500-213 | 2,824.45 | 493.31 | 3,317.76 |
| 2023CI | 2.-2500-215 | 2,657.03 | 21.84 | 2,678.87 |
| 2022CO | 2.-2500-215 | 546.56 | 39.31 | 585.87 |
| 2022CI | 2.-2500-215 | 1,644.14 | 287.16 | 1,931.30 |
| 2021CO | 2.-2500-215 | 554.28 | 122.78 | 677.06 |
| 2021CI | 2.-2500-215 | 1,033.63 | 335.58 | 1,369.21 |
| 2020CO | 2.-2500-215 | 527.21 | 195.65 | 722.86 |
| 2023CI | 2.-2500-220 | 2,078.79 | 17.09 | 2,095.88 |
| 2022CO | 2.-2500-220 | 427.55 | 30.75 | 458.30 |
| 2022CI | 2.-2500-220 | 2,053.06 | 358.58 | 2,411.64 |
| 2021CI | 2.-2500-220 | 1,368.86 | 444.41 | 1,813.27 |
| 2023CI | 2.-2500-221 | 1,453.93 | 11.95 | 1,465.88 |
| 2022CO | 2.-2500-221 | 298.95 | 21.50 | 320.45 |
| 2022CI | 2.-2500-221 | 455.93 | 79.63 | 535.56 |
| 2021CI | 2.-2500-221 | 241.40 | 78.37 | 319.77 |
| 2023CI | 2.-2500-223 | 1,438.39 | 11.82 | 1,450.21 |
| 2022CO | 2.-2500-223 | 295.76 | 21.27 | 317.03 |
| 2022CI | 2.-2500-223 | 1,420.59 | 248.12 | 1,668.71 |
| 2021CI | 2.-2500-223 | 947.17 | 307.51 | 1,254.68 |
| 2020CO | 2.-2500-223 | 285.28 | 105.87 | 391.15 |
| 2023CI | 2.-2500-228 | 1,922.57 | 15.80 | 1,938.37 |
| 2022CO | 2.-2500-228 | 395.41 | 28.44 | 423.85 |
| 2022CI | 2.-2500-228 | 918.78 | 160.47 | 1,079.25 |
| 2021CI | 2.-2500-228 | 824.99 | 267.84 | 1,092.83 |
| 2020CO | 2.-2500-228 | 381.40 | 141.54 | 522.94 |
| 2023CI | 2.-2500-235 | 1,891.50 | 15.55 | 1,907.05 |
| 2023CI | 2.-2500-236 | 1,453.93 | 11.95 | 1,465.88 |
| 2022CO | 2.-2500-236 | 298.95 | 21.50 | 320.45 |
| 2022CI | 2.-2500-236 | 1,435.93 | 250.80 | 1,686.73 |
| 2021CO | 2.-2500-236 | 303.17 | 67.15 | 370.32 |
| 2021CI | 2.-2500-236 | 957.40 | 310.83 | 1,268.23 |
| 2020CO | 2.-2500-236 | 288.37 | 107.01 | 395.38 |
| 2023CI | 2.-2500-240 | 1,938.10 | 15.93 | 1,954.03 |
| 2022CO | 2.-2500-240 | 398.60 | 28.67 | 427.27 |

| | | | | |
|---|---|---|---|---|
| 2022CI | 2.-2500-240 | 934.12 | 163.15 | 1,097.27 |
| 2023CI | 2.-2500-242 | 2,250.54 | 18.50 | 2,269.04 |
| 2022CO | 2.-2500-242 | 462.90 | 33.29 | 496.19 |
| 2022CI | 2.-2500-242 | 1,242.67 | 217.04 | 1,459.71 |
| 2023CI | 2.-2500-252 | 2,266.93 | 18.63 | 2,285.56 |
| 2022CO | 2.-2500-252 | 300.90 | 21.64 | 322.54 |
| 2022CI | 2.-2500-252 | 1.40 | 0.24 | 1.64 |
| 2021CO | 2.-2500-252 | 301.50 | 66.78 | 368.28 |
| 2021CI | 2.-2500-252 | 1.40 | 0.46 | 1.86 |
| 2020CI | 2.-2500-252 | 1.40 | 0.67 | 2.07 |
| 2023CI | 2.-2500-254 | 1,938.10 | 15.93 | 1,954.03 |
| 2022CO | 2.-2500-254 | 398.60 | 28.67 | 427.27 |
| 2022CI | 2.-2500-254 | 934.12 | 163.15 | 1,097.27 |
| 2021CI | 2.-2500-254 | 560.22 | 181.88 | 742.10 |
| 2023CI | 2.-2500-255 | 1,511.28 | 0.00 | 1,511.28 |
| 2023CI | 2.-2500-261 | 1,907.04 | 15.67 | 1,922.71 |
| 2023CI | 2.-2500-264 | 1,938.10 | 15.93 | 1,954.03 |
| 2022CO | 2.-2500-264 | 398.60 | 28.67 | 427.27 |
| 2022CI | 2.-2500-264 | 1,914.12 | 334.31 | 2,248.43 |
| 2021CO | 2.-2500-264 | 404.23 | 89.54 | 493.77 |
| 2021CI | 2.-2500-264 | 560.22 | 181.88 | 742.10 |
| 2020CO | 2.-2500-264 | 384.48 | 142.68 | 527.16 |
| 2023CI | 2.-2500-265 | 2,266.93 | 18.63 | 2,285.56 |
| 2022CO | 2.-2500-265 | 282.42 | 20.31 | 302.73 |
| 2023CI | 2.-2500-266 | 1,954.50 | 16.06 | 1,970.56 |
| 2022CO | 2.-2500-266 | 401.98 | 28.91 | 430.89 |
| 2021CI | 2.-2500-266 | 856.54 | 278.08 | 1,134.62 |
| 2020CO | 2.-2500-266 | 387.74 | 143.89 | 531.63 |
| 2023CI | 2.-2500-270 | 1,297.72 | 10.67 | 1,308.39 |
| 2023CI | 2.-2500-273 | 1,485.86 | 12.21 | 1,498.07 |
| 2022CO | 2.-2500-273 | 305.53 | 21.97 | 327.50 |
| 2022CI | 2.-2500-273 | 1,467.48 | 256.31 | 1,723.79 |
| 2021CO | 2.-2500-273 | 309.84 | 68.63 | 378.47 |
| 2021CI | 2.-2500-273 | 978.43 | 317.66 | 1,296.09 |
| 2020CO | 2.-2500-273 | 294.71 | 109.37 | 404.08 |
| 2023CI | 2.-2500-274 | 1,907.04 | 15.67 | 1,922.71 |
| 2022CO | 2.-2500-274 | 392.22 | 28.21 | 420.43 |
| 2022CI | 2.-2500-274 | 1.40 | 0.24 | 1.64 |
| 2021CI | 2.-2500-274 | 1.40 | 0.46 | 1.86 |
| 2020CI | 2.-2500-274 | 1.40 | 0.67 | 2.07 |
| 2023CI | 2.-2500-276 | 1,469.47 | 12.08 | 1,481.55 |
| 2022CO | 2.-2500-276 | 302.15 | 21.73 | 323.88 |
| 2022CI | 2.-2500-276 | 471.28 | 82.31 | 553.59 |
| 2021CI | 2.-2500-276 | 251.63 | 81.69 | 333.32 |
| 2023CI | 2.-2500-280 | 1,970.04 | 16.19 | 1,986.23 |
| 2022CO | 2.-2500-280 | 405.18 | 29.14 | 434.32 |
| 2022CI | 2.-2500-280 | 965.65 | 168.66 | 1,134.31 |

| | | | | |
|---|---|---:|---:|---:|
| 2021CI | 2.-2500-280 | 871.88 | 283.06 | 1,154.94 |
| 2020CO | 2.-2500-280 | 390.82 | 145.03 | 535.85 |
| 2020CI | 2.-2500-280 | 691.92 | 328.71 | 1,020.63 |
| 2023CI | 2.-2500-281 | 2,282.47 | 18.76 | 2,301.23 |
| 2022CI | 2.-2500-281 | 424.74 | 74.18 | 498.92 |
| 2021CI | 2.-2500-281 | 393.49 | 127.75 | 521.24 |
| | | | | |
| | **TOTALS** | **203,370.86** | **57,662.64** | **261,033.50** |