**From:** Judah Angster
**Sent:** Monday, November 7, 2022 2:06 AM
**To:** Anne Penachio
**Cc:** Jose Guerrero
**Subject:** RE: Final Changes

Anne,

Given the economic changes over the past few months with interest rates, the offer provided during the spring and summer is a significant premium for today's values. The investment committee has declined the contract at this time. We will however provide the bankruptcy court with a stalking horse bid at $3.2M for all the units.

I know this is disappointing, I am frustrated as well, but with an all cash only deal and values coming down over 20% across the country this transaction lacks financial reasoning.

Please keep us posted on auction dates, we understand that you have a second backup buyer and are ok with you and Jose moving forward with him.

Best regards,

Judah L. Angster, Esq. | **Dwight City Group** | CEO
787 Eleventh Ave | 10th Fl | New York, NY 10019
O: 212.960.3750 | M: 845.323.1205
E: ja@dwightcitygroup.com
www.dwightcitygroup.com | www.dwightcompany.com

---

**From:** Anne Penachio <Anne@pmlawllp.com>
**Sent:** Sunday, November 6, 2022 1:18 PM
**To:** Judah Angster <ja@dwightcitygroup.com>
**Cc:** Jose Guerrero <vahalla53@aol.com>
**Subject:** RE: Final Changes

Here are the Final Versions with your language regarding assignment and return of deposit.

Please sign and arrange for deposit to be sent. I can send you wire instructions when you are ready.

Sent from Mail for Windows 10

Anne Penachio
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889