UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

BUCKINGHAM TOWER CONDOMINIUM, INC.    Chapter 11
f/k/a BUCKINGHAM OWNERS, INC.         (Subchapter V)

                                      Case No.: 22-22403-shl

            Debtor.
------------------------------------------------------------X

<u>BROKER, MARKETING AGENT AND AUCTIONEER'S REPORT OF SALE
FOR THE DEBTOR'S UNITS IN THE REAL PROPERTY LOCATED
AT 615 WARBURTON AVENUE, YONKERS, NEW YORK 10701</u>

By auction conducted on March 29, 2023, full amount realized for the Units located at
615 Warburton Avenue, Yonkers, NY Units 2E/F, 2H, 3B, 3C, 3E, 3K, 4D, 4E, 4J, 4L,5H,6D,6G, 6H, 6J
6N,7C, and 7D .........................................................................................................................$2,756,960.00
Plus a Buyer's Premium in the amount of $55,132.20

615 Warburton Avenue, Yonkers, NY Units 5K, 7K, and 7L ....................................................$460,000.00
Plus a Buyer's Premium in the amount of $27,600.00

615 Warburton Avenue, Yonkers, NY Unit 1L ...........................................................................$192,000.00
Plus a Buyer's Premium in the amount of $3,840.00

615 Warburton Avenue, Yonkers, NY Unit 5L ...........................................................................$206,000.00
Plus a Buyers Premium in the amount of $12,360.00

615 Warburton Avenue, Yonkers, NY Unit 7F ...........................................................................$145,000.00
Plus a Buyer's Premium in the amount of $2,900.00

Total Gross Sale ....................................................................................................................$3,759,960.00

Broker's Compensation pursuant to signed Order of Retention entered on March 8, 2023
(Broker is entitled to the Buyer's Premium paid by the successful bidders).........................$101,832.20

Miller Advertising for the advertisements published in the New York Times on February 19 and
March 12, 2023...................................................................................................N.C.

Miller Advertising for an advertisement published in New York Post on March 13, 2023 .................N.C.

Miller Advertising for the advertisement published in the Journal News on March 9, 2023...............N.C.

Miller Advertising for the advertisement published in the Jewish Press on March 10, 2023 ............N.C.

Miller Advertising for an advertisement published in the News India Publication on
March 13, 2023...................................................................................................N.C.

Indexx for the printing of 5,111 and the mailing of 4,911 full-color, multi-property
postcards by USPS, February, 2023 ...................................................................N.C.

Indexx for the printing of 4,854 and the mailing of 4,754 full-color, multi-property
postcards by USPS, March, 2023 .......................................................................N.C.
New York Real Estate Journal front page banner advertisement and back inside
cover advertisement published on March 14, 2023.............................................N.C.

New York Real Estate Journal "Hot Property Alert" dedicated email broadcast on March 9, 2023...N.C.

Long Island Business News dedicated emaill broadcast on March 15, 2023..................................N.C.

Posting of auction on multiple additional real estate and auction-specific web sites; Zillow.com, Auctionzip.com ...................................................................................................................... N.C.

Targeted social media marketing on Facebook®............................................................ N.C.

General social media marketing to Maltz's 32,000+ Facebook® fans and Twitter® followers ............................................................................................................................. N.C.

Labor to take general drone and ground photographs of the property; compile and prepare due diligence and marketing materials for print and internet advertising; implement marketing campaign; prepare and post auction specific web page; answer phone calls and emails; register bidders, and prepare Report of Sale ......................................................................... N.C.

Posting of sale on Applicant's website www.MaltzAuctions.com which received a total of 6,713 page views by interested parties .......................................................................... N.C.

Weekly email notification to 42,000+ subscribers of the www.MaltzAuctions.com mailing list.......... N.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:

BUCKINGHAM TOWER CONDOMINIUM, INC.          Chapter 11
f/k/a BUCKINGHAM OWNERS, INC.                       (Subchapter V)

Case No.: 22-22403-shl

Debtor.

--------------------------------------------------------------x

## REPORT OF PUBLIC SALE

1.  In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc., ("Maltz") submits this report of the public sale of the Debtor's assets consisting of the Units in the real property located at 615 Warburton Avenue, Units 2E/F, 2H, 3B, 3C, 3E, 3K, 4D, 4E, 4J, 4L, 5H, 6D, 6G, 6H, 6J, 6N, 7C, 7D, 7F, 1L, 5K, 7K and 7L, Yonkers, New York 10701 collectively ("the Units").

2.  On March 30, 2023, Maltz conducted an auction in accordance with the Order entered on March 8, 2023 [Doc. No. 89] approving the sale by Maltz as Real Estate Broker, Marketing Agent and Auctioneer for the Debtor and Debtor in Possession. The Units were sold as follows: Tranche "A" consisted of Units 2E/F, 2H, 3B, 3C, 3E, 3K, 4D, 4E, 4J, 4L, 5H, 6D, 6G, 6H, 6J, 6N, 7C, and 7D which were sold in bulk. Tranche "B" consisted of Units 5K, 7K, and 7L which were sold in bulk. Trache "C" consisted of Units 1L, 5L and 7F which were sold individually. *Local Rule 6004-1(f)(1)*.

3.  Tranche "A" was sold for a high bid of $2,756,960.00 plus a two (2%) buyer's premium in the amount of $55,132.20 paid by the successful bidder. Tranche "B" was sold for a high bid of $460,000.00 plus a six (6%) percent buyer's premium in the amount of $27,600.00 paid by the successful bidder. Tranche "C" Unit 1L was sold for a high bid of $192,000.00 plus a two (2%) percent buyer' premium in the amount of $3,840.00 paid by the successful bidder. Tranche "C" Unit 5L was sold for a high bid of $206,000.00 plus a six (6%) percent buyer's premium in the amount of $12,360.00 paid by the successful bidder. Tranche "C" Unit 7F was sold for a high bid of $145,000.00 plus a two (2%) percent buyer's premium in the amount of $2,900.00 paid by the successful bidder. *Local Rule 6004-1(f)(2)*.

4.  The Property consists of 24 residential Units in a building in Yonkers, New York. *Local Rule 6004-1(f)(3)*.

5.  Maltz will seek compensation based upon the Retention Order solely for commission in the amount of $101,832.20, which is payable from the buyer's premiums collected from the successful bidders, inclusive of all marketing expenses. *Local Rule 6004-1(f)(4)*.

6.  Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5)*.

7.  No articles were withdrawn from the sale. *Local Rule 6004-1(f)(6)*.

8.  The successful bidders for Tranche "A" and Tranche "B" is Dwight City Group, whose address is 787 11th Avenue, 10th Floor, New York, NY 10019. Tranche "C' Unit 1L is Gabriella Bracaglia, the occupant of the Unit. Tranche "C" Unit 5L is Aria Capital LLC, whose address is 76 Brookwillow Avenue, West Long Branch, NJ 07764. Tranche :C" Unit 7F Jacqueline P. Brown, the occupant of the Unit. *Local Rule 6004-1(f)(7)*.

9.  The 4 registered bidders were required to complete pre-auction bidder registrations. The registered bidders were Judah Angster of Dwight City Group, whose address is 787 11th Avenue, 10th Floor, New York, NY 10019, Gabriella Bracaglia, the occupant of Unit 1L, Json Harkavy of Aria Capital LLC, whose address is 76 Brookwillow Avenue, West Long Branch, NJ 07764, and Jacqueline P. Brown, the occupant of Unit 7F. *Local Rule 6004-1(f)(8)*.

10. There were no items for which there were no bids at the sale. *Local Rule 6004-1 (f)(9)*.

11. All registered bidders executed Terms and Conditions of Sale prior to bidding on the Property. Copies of the Terms and Conditions of Sale that were executed by the successful bidder are annexed. *Local Rule 6004-1(f)(10)*.

12. Maltz advertised the sale of the Property by publishing ads in New York Times, New York Post, Journal News,

Jewish Press, New India Publication, New York Real Estate Journal; printing and mailing of 4,700+ full color, multi-property postcards to targeted potential bidders; posting the auction on MLS, and auction specific websites such as Zillow.com and Auctionzip.com; telemarketing campaigns, utilizing targeted social media marketing on Facebook®, utilizing general social media marketing on Facebook® and Twitter®, and general search engine marketing on Google. *Local Rule 6004-1(f)(11).*

13. A listing of the Property was posted on Maltz's website prior to the sale. The Units were occupied and no inspection was permitted. *Local Rule 6004-1(f)(12).*

Dated: March 31, 2023
Central Islip, New York

By: _____
Richard B. Maltz, Chief Executive Officers
Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    BUCKINGHAM TOWER CONDOMINIUM, INC.        Chapter 11
    f/k/a BUCKINGHAM OWNERS, INC.            (Subchapter V)

                                           Case No.: 22-22403-shl

           Debtor.
-------------------------------------------------------------------x

## AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC SALE

STATE OF NEW YORK  )
                  ) ss.:
COUNTY OF SUFFOLK  )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.     I am the Chief Executive Officer of Maltz Auctions, Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public sale of the Debtor's assets consisting of the Units in the real property located at 615 Warburton Avenue, Units 2E/F, 2H, 3B, 3C, 3K, 3K, 4D, 4E, 4J, 4L, 5H, 6D, 6G, 6H, 6J, 6N, 7C, 7D, 7F, 1L, 5K, 5L, 7K and 7L, Yonkers, New York 10701 collectively ("the Units").

2.     I make this affidavit of my personal knowledge based upon the handling of the public sale of the Property by Maltz. I personally managed the sale process and have the most familiarity with the same.

3.     I am a licensed real estate broker and auctioneer in the State of New York.

4.     Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.     Maltz conducted the sale of the Units in accordance with the Order entered March 8, 2023, approving the employment of Maltz as the Debtor's Real Estate Broker, Marketing Agent and Auctioneer.

6.     The auction was conducted on March 29, 2023, at approximately 11:00 a.m.

7.     No monies were collected by Maltz in connection with the sale of the Units.

8.     I declare under penalty of perjury that the foregoing is true and correct.

                                    Richard B. Maltz
                                    Chief Executive Officer of Maltz Auctions, Inc.

Sworn to before me this
31st day of March, 2023

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2026

**BUCKINGHAM TOWNER CONDOMINIIUM, INC. f/k/a BUCKINGHAM OWNERS, INC.**
**Case No.: 22-22403-shl**

## COMPUTATION OF BROKER'S COMMISSION PURSUANT TO RETENTION ORDER

By auction conducted on March 29, 2023, full amount realized for the Units located at
615 Warburton Avenue, Yonkers, NY Units 2E/F, 2H, 3B, 3C, 3E, 3K, 4D, 4E, 4J, 4L,5H,6D,6G, 6H, 6J
6N,7C, and 7D ........................................................................................................................................ $2,756.960.00

Commission:  2% buyer's premium (2% of $2,756,960.00) ..................................................... $55,132.20

615 Warburton Avenue, Yonkers, NY Units 5K, 7K, and 7L ................................................................. $460,000.00

Commission: 6% buyer's premium (2% of $460,000.00) ..................................................... $27,600.00

615 Warburton Avenue, Yonkers, NY Unit 1L.......................................................................................... $192,000.00

Commission:  2% buyer's premium (2% of 192,000.00) ........................................................ $3,840.00

615 Warburton Avenue, Yonkers, NY Unit 5L.......................................................................................... $206,000.00

Commission: 6% buyer's premium (6% of $206,000.00) ....................................................... $12,360.00

615 Warburton Avenue, Yonkers, NY Unit 7F .......................................................................................... $145,000.00

Commission:  2% buyer's premium (2% of $145,000.00) ....................................................... $2,900.00


Total Gross Sale ................................................................................................................................... $3,759,960.00


**Total Maltz Commissions** ........................................................................................................ **$101,832.20**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

In re                                            :        CHAPTER 11
                                                 :        (Subchapter V)
BUCKINGHAM TOWER CONDOMINIUM, INC.               :
f/k/a BUCKINGHAM OWNERS, INC.                    :
                                                 :        CASE NO.: 22-22403-shl
                                 Debtor.         :
------------------------------------------------- X

## ORDER AUTHORIZING THE DEBTOR TO RETAIN MALTZ AUCTIONS, INC. AS REAL ESTATE BROKER, MARKETING AGENT AND AUCTIONEER

Upon the application, by notice of presentment dated January 13, 2023 (the "Application") of Buckingham Tower Condominium, Inc. f/k/a Buckingham Owners, Inc., the debtor herein (the "Debtor"), for an order under 11 U.S.C. §§327(a) and 363(b) authorizing its retention of **MALTZ AUCTIONS, INC.** (the "Broker") as its real estate broker, marketing agent and auctioneer in this case with respect to the units 2E/F, 2H, 3B, 3C, 3E, 3K, 4D, 4E, 4J, 4L, 5H, 6D, 6G, 6H, 6J, 6N, 7C, 7D, 7F, 1L, 5K, 5L, 7K, and 7L at 2615 Warburton Avenue, Yonkers, NY 10701 pursuant to the terms of the Marketing Agreement (the "Agreement") annexed to the Application as Exhibit A; and upon the affirmation of Richard B. Maltz, agent annexed to the Application as Exhibit B; and there being due and sufficient notice of the Application; and upon the objections to the Motion by certain shareholders (the "Objecting Shareholders") dated January 26, 2023 (Dkt. No. 69) and dated February 15, 2023 (Dkt. No. 79); and a hearing on the merits of the Application having been held before the Court on February 23, 2023 (Dkt. No. 73); and it appearing that the Sub-Chapter V trustee, Heidi Sorvino and Creditor Titan Capital, LLC supported the Motion; at the hearing, the Court having imposed restrictions on credit bidding under 11 U.S.C. §363(k); and it appearing from the Court's ruling restricting credit bidding that unit 5L which is assigned to shareholder Jose Guerrero should also be included in the auction sale; and no additional notice or a hearing being required; and it appearing that the Broker does not hold or represent an interest adverse to the Debtor or its estate, that it is disinterested under 11

1

U.S.C. §101(14), and that its retention is necessary and in the best interests of the Debtor, it's estate and the creditors therein, it is hereby

**ORDERED**, that the Application is granted and the Debtor is authorized to retain the Broker on the terms set forth in the Agreement and the terms of this order, subject to a proper application under 11 U.S.C. §330 and the applicable Bankruptcy Rules, Local Rules and fee expense guidelines and orders of the Court; and it is further

**ORDERED**, that to the extent that there is any discrepancy between the terms of the Motion and this order, the order shall control.

Dated: March 8, 2023
      White Plains, New York

                                           */s/ Sean H. Lane*
                                           United States Bankruptcy Judge



Miller Advertising Agency, Inc. • 909 Third Ave, 15th Floor • New York, New York 10022• 212-929-2200

# INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place

Central Islip, NY 11722

PO Number
Invoice Number 916082 - 061
Invoice Date    03/23/23
Net 30    Page 1
Regarding
**BUCKINGHAM TOWER**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|---|---|---|---|---|---|---|---|
| NEW YORK TIMES | SALE MAR 29 | R320004823 | 02/19 | 1.00 | 1 | 67.59 | 67.59 |
| | SALE MAR 29 | R320007123 | 03/12 | 1.00 | 1 | 77.25 | 77.25 |
| | | | **NEW YORK TIMES TOTAL** | | | | **$144.84** |
| NEW YORK POST | SALE MAR 29 | R308003523 | 03/13 | 1.00 | 1 | 64.50 | 64.50 |
| | | | **NEW YORK POST TOTAL** | | | | **$64.50** |
| JOURNAL NEWS | SALE MAR 29 | R306005323 | 03/09 | 1.00 | 1 | 147.00 | 147.00 |
| | | | **JOURNAL NEWS TOTAL** | | | | **$147.00** |
| JEWISH PRESS | SALE MAR 29 | R320010923 | 03/10 | 1.00 | 1 | 26.00 | 26.00 |
| | | | **JEWISH PRESS TOTAL** | | | | **$26.00** |
| NEWS INDIA PUBLICATI | SALE MAR 29 | R320008023 | 03/13 | 1.00 | 1 | 24.66 | 24.66 |
| | | | **NEWS INDIA PUBLICATION TOTAL** | | | | **$24.66** |

**INVOICE TOTAL  $407.00**

**Remit Payment Checks To:** Miller Advertising Agency Inc., 909 Third Ave, 15th Floor, New York, NY  10022
**ACH/Wire Remittance To:**    JP Morgan Chase, ABA/Routing #:021000021, Acct #:014003583765, Acct Name: Miller Advertising Agency Inc.

http://www.milleraa.com                                                    EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor • New York, New York 10022 • 212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
02/19



# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor  •  New York, New York  10022  •  212-929-2200

## PROOF OF INSERTIONS

R3080035  8888
Display Ad
NEW YORK POST
03/13



# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor • New York, New York 10022 • 212-929-2200

## PROOF OF INSERTIONS

R3060053  8888
DISPLAY AD
JOURNAL NEWS
03/09



# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor • New York, New York 10022 • 212-929-2200

## PROOF OF INSERTIONS

R3070012  8888
Display Ad
NEWS INDIA PUBLICATION
03/13



# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor • New York, New York 10022 • 212-929-2200

## PROOF OF INSERTIONS

R3070009 8888
Display Ad
JEWISH PRESS
03/10



# Miller Advertising Agency, Inc.

909 Third Ave, 15th Floor  •  New York, New York  10022  •  212-929-2200

## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
03/12





# INVOICE

**Invoice:** 116907
**Invoice Date:** 02/17/2023
**Order Date:** 02/10/2023
**Job Number:** 256089
**Customer Number:** 121132
**Salesperson:** Jeff Gilliam
**Purchase Order Number:** Maltz

Maltz Auctions
Attn: Richard B. Maltz CAI CES
39 Windsor Place
Central Islip      11722

**Remit To:**
Indexx, Inc.
303 Haywood Road.
Greenville, SC  29607

| Quantity | Description | Price |
|---|---|---|
| 4,854 | February Multi 4x6 Postcard- Yonkers: 615 Warburton Ave | 444.07 |
| 4,754 | Postage | |
| | Freight charges for shipment to David R. Maltz & Co., Inc., Central Islip, NY. | |
| | Quantity Ordered = 100, Quantity Shipped = 100. | |

Net Sales:  444.07

**Invoice Total:**  $444.07

**We Appreciate You!!**
**Terms:  Credit Card**

---

To insure proper credit return this portion of the invoice with your remittance.

Maltz Auctions
Attn: Richard B. Maltz CAI CES
39 Windsor Place
Central Islip      11722

**Invoice:** 116907
**Invoice Date:** 2/17/2023  12:00:00AM
**Job Number:** 256089
**Customer Number:** 121132
**Purchase Order Number:** Maltz

**Invoice Amount Due:**  $444.07

NOTE: Credit card payments are subject to a processing fee.

**NOTE:  A fee of 18% per annum, will be charged on past due  balances.**
ANY QUESTIONS, PLEASE CALL (864) 234-1024 OR FAX (864) 234-7287

# BANKRUPTCY & PUBLIC ADMINISTRATOR
# AUCTIONS

## BROOKLYN
*99 Belmont Avenue • Mixed-Use Building*

## SOUTHAMPTON
*87 Castle Hill Court • Home on 5+ Acres*

## GLEN COVE
*8 Stanco Street • Single Family Home*

## BAYVILLE
*9 Sea Wall Lane • 6 BR Waterview Home*

## SELDEN
*2 Rhonda Lane • Single Family Home*

## YONKERS
*615 Warburton Avenue • 24 Condominiums*

## MANHATTAN
*78-80 St Marks Place • Mixed-Use Building*

**516.349.7022** | *AUCTIONS...YOUR LIQUIDITY SOLUTION*®

# MaltzAuctions.com



# BANKRUPTCY
# AUCTIONS

**3.28** *through* **5.9**

---

**MARCH 28-30**



**SOUTHAMPTON, NY**

**5+ ACRE SOUTHAMPTON ESTATE**

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Zoltan Karoly Kovacs
Case No.: 18-75875 (LAS)

### 87 Castle Hill Court

- Main Residence is Mid-Renovation
- Secondary Structure is Recently Renovated
- **$2,185,000 Minimum Bid**

*Allan B. Mendelsohn, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee*

---

**MARCH 28-30**



**MANHASSET HILLS, NY**

**3,200+ SQ FT HOME**

UNITED STATES BANKRUPTCY COURT EDNY
In Re: New Island Development, LLC a/k/a/ Thomas Debonis
Case No.: 22-71630-LAS

### 49 Knolls Drive North

- 5 Bedrooms & 2.5 Bathrooms
- Rehab Opportunity
- **$825,000 Minimum Bid**

*Marc A. Pergament, Chapter 7 Trustee*
*Weinberg, Gross & Pergament LLP, Attorneys for the Trustee*

---

**MARCH 29**



**YONKERS, NY**

**24 CONDOMINIUMS**

UNITED STATES BANKRUPTCY COURT SDNY
In Re: Buckingham Tower Condominium, Inc. f/k/a Buckingham Owners, Inc.
Case No.: 22-22403-SHL

### 615 Warburton Avenue

- Offered for Sale in 3 Tranches
- Building Overlooks Hudson River
- All Occupied & Not Delivered Vacant

*Penachio Malara LLP, Attorneys for Debtor and Debtor-in-Possession*

---

**APRIL 14-20**



**MEDFORD, NY**

**HVAC DESIGNER/FABRICATOR/INSTALLER**

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Blue Diamond Air Systems, Inc. • Case No.: 22-72698-AST

### 1165 Station Road

Contents of Fully Equipped Commercial/Industrial HVAC Business: Trucks, WaterJet Systems, Plasma Cutters, Fabrication Line & Much More...

*Marc A. Pergament, Chapter 7 Trustee*
*Weinberg, Gross & Pergament LLP, Attorneys for the Trustee*

---

**MAY 9**



**EAST VILLAGE, NYC**

**14,400 SQ FT MIXED-USE BUILDING**

UNITED STATES BANKRUPTCY COURT SDNY
In Re: 78-80 ST MARKS PLACE, LLC • Case No.: 21-12139 (MG)

### 78-80 St. Marks Place

Features a Theater with Backstage Areas, Attached Tavern, Small Kitchen & Prep Room – Combined C of O Capacity of 249 Persons + Residential Apartments

*Marianne T. O'Toole, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee*

---

**SEEKING STALKING HORSE BID**



**BABYLON VILLAGE, NY**

**WATER-BLOCK ASSEMBLAGE**

UNITED STATES BANKRUPTCY COURT EDNY
In re: Keswick Real Estate, LLC • Case No.: 16-72262 (LAS)

### 430/434/437/444 Fire Island Ave

- Restaurant, Warehouse & Excess Land
- Five Tax Lots
- Available in Bulk, Group or Individually

*R. Kenneth Barnard, Esq., Chapter 7 Trustee*
*Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, Atty's for the Trustee*

---

## DATES TBA
**DETAILS COMING SOON**

**6 BEDROOM WATERVIEW HOME**
*Bayville*

**4 BEDROOM FIXER-UPPER**
*Selden*

**SINGLE FAMILY HOME**
*East Northport*

---

**516.349.7022** | *AUCTIONS...YOUR LIQUIDITY SOLUTION®* | **MaltzAuctions.com**



**ATTENTION** All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...

*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
*Multi-Property Events!*

*FIRST CLASS MAIL*
*TIME*
*SENSITIVE*
*DATED*
*MATERIAL*

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT No. 1460

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*

39 Windsor Place, Central Islip, NY 11722
Richard B. Maltz, Auctioneer
David A. Constantino, Auctioneer
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022 Fax (516) 349-0105



 

# BANKRUPTCY
# AUCTIONS

**3.28**
*through*
**5.9**







**SOUTHAMPTON, NY**

**MANHASSET HILLS, NY**

**EAST VILLAGE, NYC**

**BABYLON VILLAGE, NY**

**YONKERS, NY**

**HVAC COMPANY ASSETS**

## DATES TBA
### DETAILS COMING SOON

**6 BR WATERVIEW HOME**
*Bayville*

**4 BEDROOM FIXER-UPPER**
*Selden*

**SINGLE FAMILY HOME**
*East Northport*

## *Plus 50+ Bank Repossessed & Consignment Vehicles/Boats/RV's Sell Tri-Weekly in Central Islip, NY*

These Assets are being sold "AS IS" "WHERE IS" "WITH ALL FAULTS" without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, and subject to certain Terms and Conditions of Sale, which can be obtained from Maltz. By delivering their respective deposits, all prospective bidders acknowledge that they have had the opportunity to review and inspect these Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of these Assets in making their bids. Neither Maltz, the sellers of these Assets nor any of their collective representatives make any representations or warranties with respect to the permissible uses of these Assets including, but not limited to, the zoning of these Assets. All prospective bidders acknowledge that they have conducted their own due diligence in connection with these Assets and are not relying on any information provided by Maltz, the sellers of these Assets or any of their collective representatives. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of all prospective bidders to determine the accuracy of all components of the sales and these Assets. All prospective bidders are responsible for conducting their own independent inspections, investigations, inquiries, and due diligence concerning these Assets, including without limitation, the environmental and physical condition of these Assets. All prospective bidders are urged to conduct their own due diligence prior to participating in the public auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.



Payment receipt

# You paid $995.00

to NE-NY Real Estate Journal on 3/9/2023

| | |
|---|---|
| Invoice no. | 353585 |
| Invoice amount | $995.00 |
| Total | $995.00 |

*No additional transfer fees or taxes apply.*

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0146611488 |

Thank you



**Mailing Address:**
P.O. Box 55, Accord, MA 02018
**Tel:** 800-654-4993 **Fax:** 781-871-1853
billing@rejournal.com

nerej.com nyrej.com

## NE-NY Real Estate Journal

+1 7818784540

nerej.com nyrej.com | Billing@rejournal.com
PO Box 55, Accord, MA 02018

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.



MARCH 14, 2023     VOLUME 35 • ISSUE 05

New York Real Estate Journal

# nyrej

1989

USA $4.95

THE COMMERCIAL REAL ESTATE MEDIA SOURCE

**Crown Holdings and The Community Builders reveal concept designs for 95-unit senior housing development**

BANKRUPTCY

AUCTIONS

*Residential & Commercial Properties*

SOUTHAMPTON • MANHASSET HILLS • BABYLON • NYC • YONKERS     *MaltzAuctions.com*

# BANKRUPTCY
# AUCTIONS

**3.28 through 5.9**



**MARCH 28-30**

**SOUTHAMPTON, NY**

## 5+ ACRE SOUTHAMPTON ESTATE

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Zohra Karoly Kovacs
Case No.: 18-75875 (LAS)

### 87 Castle Hill Court
• Main Residence is Mid-Renovation
• Secondary Structure is Recently Renovated
• $2,185,000 Minimum Bid

Allan B. Mendelsohn, Chapter 7 Trustee
LaMonica Herbst & Maniscalco, LLP, Attorneys for the Trustee



**MARCH 28-30**

**MANHASSET HILLS, NY**

## 3,200+ SQ FT HOME

UNITED STATES BANKRUPTCY COURT EDNY
In Re: New Island Developments, LLC a/k/a/ Theresa Deborah
Case No.: 22-71630-LAS

### 49 Knolls Drive North
• 5 Bedrooms & 2.5 Bathrooms
• Rehab Opportunity
• $825,000 Minimum Bid

Marc A. Pergament, Chapter 7 Trustee
Weinberg, Gross & Pergament LLP, Attorney for the Trustee



**MARCH 29**

**YONKERS, NY**

## 24 CONDOMINIUMS

UNITED STATES BANKRUPTCY COURT SDNY
In Re: Buckingham Tower Condominium, Inc. f/k/a Buckingham Owners, Inc.
Case No.: 22-22485-SHL

### 615 Warburton Avenue
• Offered for Sale in 3 Tranches
• Building Overlooks Hudson River
• All Occupied & Not Delivered Vacant

Poneshie Madore, LLP, Attorneys for Debtor and Debtor-in-Possession



**APRIL 14-20**

**MEDFORD, NY**

## HVAC DESIGNER/FABRICATOR/INSTALLER

UNITED STATES BANKRUPTCY COURT EDNY
In Re: Blue Diamond Air Systems, Inc. • Case No.: 22-73608-AST

### 1165 Station Road

Contents of Fully Equipped Commercial/Industrial HVAC Business: Trucks, WaterJet Systems, Plasma Cutters, Fabrication Line & Much More...

Marc A. Pergament, Chapter 7 Trustee
Weinberg, Gross & Pergament LLP, Attorney for the Trustee



**MAY 9**

**EAST VILLAGE, NYC**

## 14,400 SQ FT MIXED-USE BUILDING

UNITED STATES BANKRUPTCY COURT SDNY
In Re: 78-80 ST MARKS PLACE, LLC • Case No.: 23-12159 (MG)

### 78-80 St. Marks Place

Features a Theater with Backstage Areas, Attached Tavern, Small Kitchen & Prep Room – Combined C of O Capacity of 249 Persons + Residential Apartments

Marianne T. O'Toole, Chapter 7 Trustee
LaMonica Herbst & Maniscalco, LLP, Attorney for the Trustee




**SEEKING STALKING HORSE BID**

**BABYLON VILLAGE, NY**

## WATER-BLOCK ASSEMBLAGE

UNITED STATES BANKRUPTCY COURT EDNY
In re: Kenrick Real Estate, LLC • Case No.: 16-72262 (LAS)

### 430/434/437/444 Fire Island Ave
• Restaurant, Warehouse & Excess Land
• Five Tax Lots
• Available in Bulk, Group or Individually

R. Kenneth Barnard, Esq., Chapter 7 Trustee
Weinman Bell Klaver Miller Zucker & Sharfstein, LLP, Atty's for the Trustee

**DATES TBA**
DETAILS COMING SOON

**6 BEDROOM WATERVIEW HOME**
Bayville

**4 BEDROOM FIXER-UPPER**
Selden

**SINGLE FAMILY HOME**
East Northport

**516.349.7022** | AUCTIONS...YOUR LIQUIDITY SOLUTION® | MaltzAuctions.com

Richard B. Maltz, Auctioneer & Licensed Real Estate Broker • David A. Constantino, Auctioneer

## 9 NY Bankruptcy Auctions: Res & Comm Properties; Plus Autos, Boats, HVAC Co & More

New York Real Estate Journal <info@nyrejnewsletter.com>
Thu 3/9/2023 11:01 AM
To: Richard Maltz <rmaltz@maltzauctions.com>





New York Real Estate Journal | 17 Accord Park Drive, Norwell, MA 02061

Unsubscribe rmaltz@maltzauctions.com

Update Profile | Constant Contact Data Notice

Sent by info@nyrejnewsletter.com

## 9 NY Bankruptcy Auctions: Res & Comm Properties; Plus Autos, Boats & More...

Long Island Business News <e-alert@libn.com>
Wed 3/15/2023 10:06 AM
To: Maltz Auctions <info@maltzauctions.com>

[Click here](#) to view this message in a browser window.







Long Island Business News | 2150 Smithtown Avenue, Suite 7, Ronkonkoma, NY 11779

Unsubscribe or manage the emails you receive from us.


| Keywords | 11722 | 30 Miles | All Categories | Search |

## Thank you for your order!

Please double check the information below to make sure it is correct. For questions, feel free to contact us at (617) 746-9800.

**Order Date:** 03/08/2023

**Auctioneer:** Maltz Auctions Inc.

**Card:**  ending in 3845          **Exp:** 12/2026

**ListingID:** 3784744

**Auction:** Home Auctions Calendar Services Real Estate 24 WA - March 29, 2023

---

### Order Summary

| | |
|---|---|
| Auction Listing | $20.00 |
| Total | $20.00 |

An email receipt will be sent to **dc@maltzauctions.com**

## PAID IN FULL

### Return to Auctioneers Home

## Quick Links

Help ›

Create Account ›

Online Bidding ›

Auctioneer Directory ›

Category Pages ›

About Us ›

Contact Us ›

Link to Us ›

Advertise With Us ›

Sell Online ›

Private Label ›

## Follow Us

🐦 Twitter    f Facebook

Auctioneer ID #

| 3/29 Yonkers | ⊕ Completed | Using ad set b... | Using ad set b... | 7-day click or ... | 671 Link clicks | 8,653 | 10,130 | $0.11 Per Link Click | $73.91 | Mar 26, 2023 |

**Top Viewed Auctions**

| | |
|---|---|
| Tri-Weekly Auto Auction | 16,399 |
| 5+ Acre Hamptons Estate | 12,329 |
| 3,200+ Sq Ft Fixer-Upper | 9,160 |
| 24 Waterfront Condos | 6,713 |
| Handyman Special | 6,480 |

# 24 WATERFRONT CONDOS

BANKRUPTCY AUCTION



**FOLLOW**

LOGIN OR SIGN UP TO FOLLOW THIS AUCTION.

**BIDDING INFO**

**f**  **FACEBOOK**

**𝕏**  **TWITTER**

**P**  **in**  **✉**

**AUCTION INFORMATION**  **PHOTOS**  **DETAILS**  **DOCUMENTS**  **CONTACT**

## AUCTION

MARCH 29, 2023 AT 11:00 AM

**⬇ ADD ALL DATES TO MY CALENDAR**

## PROPERTY LOCATION

615 WARBURTON AVENUE
YONKERS, NY 10701



Map data ©2023 Report a map error

# PHOTO GALLERY



# DETAILS

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE: BUCKINGHAM TOWER CONDOMINIUM, INC. F/K/A BUCKINGHAM OWNERS, INC., - CASE NO:. 22-22403-SHL

## 24 WATERFRONT CONDOS – SPONSOR RIGHTS – LOCATED ON THE HUDSON RIVER

### AVAILABLE IN THREE TRANCHES

615 WARBURTON AVENUE, YONKERS, NY

- THE AUCTION WILL BE CONDUCTED IN 3 TRANCHES

- ○ Tranche A: ~~19~~ 18 Condominiums in Bulk
- ○ Tranche B: 4 3 Condominiums in Bulk
- ○ Tranche C: 1L, 5L & 7F Sold Individually
- The Auction Will be Conducted via the Multi-Par Bidding Process. Bids will be placed for Each Tranche and will remain open until there are no higher bids.
- Units are Currently Considered Co-Ops & Convert to Condos Upon Sales
- **All Units are Occupied and Will Not be Delivered Vacant**
- See Attached "Summary Chart" in Documents Tab for Detailed Unit Information

## Tranche A: ~~19~~ 18 Units In Bulk Only

- Units: 2 E/F : 2H : 3B : 3C : 3E : 3K : 4D : 4E : 4J : 4L : 5H : 6D : 6G: 6H : 6J : 6N : 7C : 7D : ~~7F~~
- The Debtor has Entered into a Stalking Horse Contract in the amount of ~~$2,885,600~~ $2,756,960. The Next Acceptable Bid is ~~$2,950,000~~ $2,810,000.

## Tranche B: ~~4~~ 3 Units In Bulk Only

- Units: ~~1L~~ : 5K : 7K : 7L
- The Debtor has Entered into a Stalking Horse Contract in the amount of ~~$609,290~~ $445,110. The Next Acceptable Bid is ~~$625,000~~ $460,000.

## Tranche C: Individual Units, 1L, 5L & 7F

- Units: 1L : 5L : 7F
- If a Qualified Bidder Places a bid by the Tranche C Deadline on an Individual Unit, said Unit Shall be Removed from Tranche A or Tranche B, and Sold Individually. – **Unit 1L, 5L & 7F Will be Sold Individually.**
- Unit 1L: Current Bid is $164,500 and the Next Acceptable Bid is $168,000.
- Unit 5L: Current Bid is $164,140 and the Next Acceptable Bid is $168,000.
- Unit 7F: Current Bid is $129,000 and the Next Acceptable Bid is $132,000.

**Inspection/Viewing:** Access Unavailable.

**Pre-Registration Required to Bid:** You must send in signed Terms & Conditions of Sale, and the required deposit prior to the Bidder Qualification Deadline to be approved for bidding.

**Tranche C Bidder Qualification Deadline:** Wednesday, March 15, 2023 at 4:00 PM.

**Tranche A & B Bidder Qualification Deadline:** Monday, March 27, 2023 at 4:00 PM.

**Auction Date & Time:** Wednesday, March 29th, 2023 at 11:00 AM. Registration Begins at 10:30 AM.

**Auction Location:** Maltz Auction Gallery, 39 Windsor Place, Central Islip, NY 11722.

**Overview of Auction Process:** The Auction will be Conducted in 3 Tranches as Referenced above and in the Terms and Conditions of the Sale, and will be Conducted via the Multi-Par Bidding Process. Bids will be placed for each Tranche and will remain open until there are no higher bids.

**Terms & Conditions of Sale:** Property will be sold free & clear of all monetary liens. In order to register to bid, all prospective bidders must deliver the signed Terms & Conditions of Sale, and a **Cashier's Check in the amount of $300,000 to bid on Tranche A, $75,000 to bid on Tranche B, and/or $20,000/unit to bid on Tranche C.** All checks shall be made payable to "Penachio Malara, LLP". Please download the complete Terms & Conditions of Sale.

**Buyer's Premium:** A Six percent (6%) Buyer's Premium will be added to the Successful Bidder's high bid to determine the contract price to be paid by the Successful Bidder.

**Buyer Broker Participation:** A two percent (2%) commission will be paid to any properly licensed Buyer Broker who registers a successful buyer (excluding current occupants & Stalking Horse Bidders) in accordance with the Buyer Broker Guidelines. Any Broker representing a Current Occupant or Stalking Horse Bidder will NOT qualify for this compensation. Please download the Broker Participation form for details.



# Documents

**You Must Be Logged In to View Documents.**

LOG IN

# Have Questions? Get In Touch

You must be logged in to send an Auction Inquiry.

LOG IN



Penachio Malara LLP, Attorneys for Debtor and Debtor-in-Possession
Richard B. Maltz, Auctioneer
David A. Constantino, Auctioneer
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022 Fax (516) 349-0105

The Real Property is being sold **"AS IS" "WHERE IS", "WITH ALL FAULTS"**, without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing, and the sale of the Real Property is subject to, among other things (a) any state of facts that an accurate survey may show; (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering their respective Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Real Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Real Property in making their bids. Neither Maltz, the Seller nor any of their collective representatives makes any representations or warrantees with respect to the permissible uses of the Real Property including, but not limited to, the zoning of the Real Property. All Bidders acknowledge that they have conducted their own due diligence in connection with the Real Property and are not relying on any information provided by Maltz, the Seller, or their professionals. The Real Property will be sold subject to any and all violations or conditions requiring corrective action. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of the Buyer to determine the accuracy of all components of the sale and Property. Each potential bidder is responsible for conducting his or her own independent inspections, investigations, inquiries, and due diligence concerning the Property, including without limitation, environmental and physical condition of the Property. All prospective bidders are urged to conduct their own due diligence prior to participating in the Public Auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

## Become a Member

Get exclusive access to auctions and get up-to-the-minute updates on upcoming opportunities. Access private documents and bid on auctions from anywhere.

### Create Account Now

## Showcased In

CRAIN'S    DAILY·NEWS    Newsday    The New York Times    realtor.com    Town&Country    THE WALL STREET JOURNAL

↑
**TOP**

## Contact

39 Windsor Place
Central Islip, NY 11722