PENACHIO MALARA, LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Subchapter V) |
| BUCKINGHAM TOWER CONDOMINIUM, INC. | : | |
| f/k/a BUCKINGHAM OWNERS, INC., | : | |
| | : | CASE NO.: 22-22403-shl |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE** that all matters scheduled to be heard on May 24, 2023 at 10:00 AM in the above-referenced debtor's Chapter 11 case have been adjourned to June 9, 2023 at 10:00 AM.

**PLEASE TAKE FURTHER NOTICE** that the hearings will be held before the Honorable Sean H. Lane in his Courtroom at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.

**PLEASE TAKE FURTHER NOTICE** that the hearings will be conducted remotely through Zoom for Government. Please refer to the Bankruptcy Court website www.nysb.uscourts.gov and/or contact the undersigned for guidance.

Dated: White Plains, New York
April 26, 2023

PENACHIO MALARA, LLP
/s/ Anne Penachio
Anne Penachio
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889